ABERNATHY ET AL. *v.* CARPENTER, DIRECTOR
OF REVENUE FOR MISSOURI.

No. 905. Decided May 13, 1963.

*Stanford S. Meyer* for appellants.

*Thomas F. Eagleton,* Attorney General of Missouri,
and *Robert D. Kingsland* and *Albert J. Stephan, Jr.,*
Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

GEORGE ET AL. *v.* CLEMMONS, SHERIFF.

No. 975. Decided May 13, 1963.

*Robert L. Carter* and *Johnnie A. Jones* for petitioners.

*Jack P. F. Gremillion,* Attorney General of Louisiana,
for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the
judgment is reversed. *Johnson* v. *Virginia, ante,* p. 61.
Cf. *Thompson* v. *Louisville,* 362 U. S. 199.